UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAURAJEAN CRABTREE, ) | NO. CV-07-0006-JPH |
| ) | |
| ) | **ORDER ADOPTING REPORT** |
| Plaintiff, ) | **AND RECOMMENDATION** |
| ) | |
| vs. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social, ) | |
| Security ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**BEFORE THE COURT** for resolution is the Report and Recommendation entered on January 14, 2008 (Ct. Rec. 28), recommending that Plaintiff's Motion for Summary Judgment **(Ct. Rec. 11)** be granted and remanding for further proceedings and Defendant's Motion for Summary Judgment (Ct. Rec. 16) be denied. No objections have been filed. Having reviewed the report and recommendation, the Court adopts the magistrate judge's report and recommendation in its entirety.

**IT IS HEREBY ORDERED** that the Report and Recommendation **(Ct. Rec. 28)** to grant Plaintiff's Motion for Summary Judgment, remand for further proceedings and deny Defendant's Motion for Summary Judgment is **ADOPTED in its entirety**. The Commissioner's decision to deny Plaintiff disability benefits is **denied.**

///

///

1  **IT IS SO ORDERED.** The District Court Executive is directed to
2  enter this Order and an Order of Judgment, forward copies to
3  counsel, and close the file.
4      DATED this 14<u>th</u> day of February, 2008.
5
6
7                           s/Edward F. Shea
                          EDWARD F. SHEA
8                   UNITED STATES DISTRICT JUDGE
9
10  Q:\Civil\2007\0006.adopt.RR.wpd