UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

LAURAJEAN CRABTREE,  )
          )
   Plaintiff,  )
          )   NO.  CV-07-0006-JPH
   vs.  )
          )   **JUDGMENT IN A**
MICHAEL J. ASTRUE,  )   **CIVIL CASE**
Commissioner of Social Security,  )
          )
   Defendant.  )
          )
_____)

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**.  The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 USC § 405(g), and Judgment is entered for Plaintiff.

DATED this 14th day of February, 2008.

                                JAMES R. LARSEN
                                District Court Executive/Clerk


                                by: __s/Karen White_____
                                      Deputy Clerk

cc: all counsel